EXHIBIT

**A**

## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Roger S Agustin and Uma P Agustin__ Case No. __17-28116__ Chapter __13__

All Cases: Moving Creditor __JPMorgan Chase Bank, National Association__ Date Case Filed __09/20/2017__

Nature of Relief Sought: ☑ Lift Stay      ☐ Annul Stay     ☑ Other (describe) __Dismiss__

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __11/17/2017__

Chapter 7: ☐ No-Asset Report Filed on _____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.      Collateral
        a.      ☑ Home
        b.      ☐ Car   Year, Make, and Model _____
        c.      ☐ Other (describe)_____

2.      Balance Owed as of Petition Date  $ 21,451.02 _____
        Total of all other Liens against Collateral $ 146,732.00 _____

3.      In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the
        amounts and dates of all payments received from the debtor(s) post-petition.

4.      Estimated Value of Collateral (must be supplied in *all* cases)  $ 222,000.00 _____

5.      Default
        a.      ☑ Pre-Petition Default
                Number of months __0__         Amount $ 0.00 _____

        b.      ☑ Post-Petition Default
                i.      ☑ On direct payments to the moving creditor
                        Number of months __3__         Amount $ 252.21 _____

                ii.     ☐ On payments to the Standing Chapter 13 Trustee
                        Number of months _____         Amount $ _____

6.      Other Allegations
        a.      ☑ Lack of Adequate Protection § 362(d)(1)
                i.      ☐ No insurance
                ii.     ☐ Taxes unpaid        Amount $ _____
                iii.    ☐ Rapidly depreciating asset
                iv.     ☑ Other (describe) _____ Failure to make post-petition payments _____

        b.      ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

        c.      ☐ Other "Cause" § 362(d)(1)
                i.      ☐ Bad Faith (describe)_____
                ii.     ☐ Multiple Filings
                iii.    ☐ Other (describe) _____

        d.      Debtor's Statement of Intention regarding the Collateral
                i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __2/11/2020_____        __/s/ Amanda J. Wiese_____
                                                    Counsel for Movant

(Rev. 12 /21/09)